**Pulvers, Pulvers & Thompson, LLP**
Counselors at Law

PT

950 Third Avenue, 11th Floor, New York, NY 10022
(T) 212-355-8000 (F) 212-355-9000

Marc Thompson, Esq.
Harlan Thompson, Esq.
Stacy Thompson, Esq.
Marvin H. Leicher, Esq.
Of Counsel

MEMO ENDORSED

Konstantin Burshteyn, Esq.
Brian Kutner, Esq.

February 13, 2020

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/20

United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007
Attn: Hon. Ronnie Abrams

Re: Nelson Cruz v. The Stop & Shop Supermarket Company, LLC

Docket #: 19-CV-11565

Dear Hon. Abrams:

Please allow this correspondence to serve as a request for an adjournment of the Initial Conference in the above-referenced matter currently scheduled for tomorrow, February 14, 2020. There is currently a motion pending to remand this matter to New York State Supreme Court and we therefore request that this conference be adjourned until after that motion is decided.

Thank you.

Very truly yours,

Pulvers, Pulvers & Thompson, LLP

Marc R. Thompson, Esq.

---

Application granted. The initial conference scheduled for February 14, 2020 is hereby adjourned *sine die*. No later than February 20, 2020, the parties shall jointly inform the Court whether they are seeking a stay of discovery pending resolution of the motion to remand.

Defendant filed its opposition to the motion to remand on February 3, 2020. Plaintiff has not yet filed a reply brief. If Plaintiff intends to file a reply brief, he must do so no later than February 20, 2020.

SO ORDERED.

Hon. Ronnie Abrams
2/13/2020